Our File No.: 310.26641/JB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TONI BIZZARO,<br><br>        Plaintiff,<br><br>vs.<br><br>KARMANADHI, INC., and DHIREN PATEL, Individually,<br><br>        Defendants. | CIVIL ACTION NO.: 2:17-cv-07187-KM-JBC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

THE MATTER in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs.

Dated:

KRAKOWER DICHIARA, LLC
Attorneys for Plaintiff

By: *s/Michael R. DiChiara*
    MICHAEL R. DiCHIARA

GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN, P.C.
Attorneys for Defendants, Karmanadhi, Inc. and Dhiren Patel

By: *s/John Badagliacca*
    JOHN BADAGLIACCA

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 6/6/20